SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

KEVIN LATROY JONES
ALAN CELIJAH KING
DEVIN ADAM DAVERSA
TERRIS LINDBERG GAINES
MONTEL MILES
JEAN POLANCO
DEONTE BROADY
GERARD TURNER
MARQUISE MILLER
MARTEL TARPLEY

Case No. 6:25-cr-184-WWB-LHP
21 U.S.C. § 846
18 U.S.C. § 371
7 U.S.C. § 2156

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to Distribute Controlled Substances)**

Beginning on an unknown date, but not later than on or about March 3, 2022, and continuing through on or about October 24, 2023, in the Middle District of Florida, and elsewhere, the defendants,

KEVIN LATROY JONES,
ALAN CELIJAH KING,
DEVIN ADAM DAVERSA,
TERRIS LINDBERG GAINES,
MONTEL MILES,
and
JEAN POLANCO,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances.

With respect to defendants KEVIN LATROY JONES and ALAN CELIJAH KING, the violation involved more than 40 grams of a mixture and substance containing a detectable amount of fentanyl; more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine; and more than 500 grams of a mixture and substance containing a detectable amount of cocaine, all Schedule II controlled substances.

With respect to defendant DEVIN ADAM DAVERSA, the violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

With respect to defendants TERRIS LINDBERG GAINES and MONTEL MILES, the violation involved more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

With respect to defendant JEAN POLANCO, the violation involved more than 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(C).

## COUNT TWO
### (Conspiracy to Violate the Animal Welfare Act)

### INTRODUCTION

At all times relevant to this Indictment:

1. An "animal fighting venture" was "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purpose of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

### THE CONSPIRACY

2. Beginning on an unknown date, but not later than on or about July 30, 2023, and continuing through on or about August 2, 2023, in the Middle District of Florida, and elsewhere, the defendants,

> KEVIN LATROY JONES,
> ALAN CELIJAH KING,
> DEONTE BROADY,
> GERARD TURNER,
> MARQUISE MILLER,
> and
> MARTEL TARPLEY,

did knowingly and intentionally conspire and agree with each other and other persons, both known and unknown to the Grand Jury, to:

(a) sponsor and exhibit dogs in an animal fighting venture;

(b) possess, train, transport, deliver, and receive dogs for the purpose of having the dogs participate in an animal fighting venture.

All in violation of 7 U.S.C. § 2156(a)(1), (b) and 18 U.S.C. § 49.

3

## OBJECT OF THE CONSPIRACY

3. The object of the conspiracy was for the defendants, and others, to sponsor and exhibit dogs in an animal fighting venture.

## MANNER AND MEANS OF THE CONSPIRACY

4. It was part of the conspiracy that the defendants and others arranged to fight pit bull-type dogs in dog fights.

5. It was further part of the conspiracy that the defendants and others transported pit bull-type dogs for use in dog fights and used vehicles to transport fighting dogs and dog fighting equipment.

6. It was further a part of the conspiracy that the defendants and others fought pit bull-type dogs in dog fights.

7. It was further part of the conspiracy that the defendants and others communicated by telephone about scheduling dog fights, discussing which dogs to fight, buying dogs to fight and arranging transportation of dogs and equipment for dog fights.

8. It was further a part of the conspiracy that the defendants and others acquired and maintained medical equipment, for purposes of attempting to treat dogs injured during dog fights, without the assistance or scrutiny of a veterinarian.

9. It was further part of the conspiracy that the defendants and others trained dogs, for the purpose of participating in dog fights.

## OVERT ACTS

10. In furtherance of the conspiracy and to effect the unlawful objects

4

thereof, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

a. On or about August 1, 2023, GERARD TURNER, hosted a dog fighting event on the property located at 792 Iowa Street in Daytona Beach, Florida, at which numerous dog fights occurred.

b. On or about August 2, 2023, KEVIN LATROY JONES, ALAN CELIJAH KING and DEONTE BROADY possessed two pit bull-type dogs and transported them in a black Chevy Equinox to 792 Iowa Street in Daytona Beach, Florida, for the purpose of having the dogs participate in an animal fighting venture.

c. On or about August 1, 2023, KEVIN LATROY JONES, ALAN CELIJAH KING, MARQUISE MILLER, MARTEL TARPLEY and DEONTE BROADY traveled to 792 Iowa Street in Daytona Beach, Florida, for the purpose of attending a dog fighting event, at which numerous dog fights were planned and held.

d. On or about July 30, 2023, through August 1, 2023, KEVIN LATROY JONES, ALAN CELIJAH KING, GERARD TURNER, and MARTEL TARPLEY made phone calls to each other, for the purpose of planning a dog fighting event, at which numerous dog fights were planned and held.

e. On or about August 1, 2023, at 792 Iowa Street in Daytona Beach, Florida, one or more defendants, and others, possessed items used in preparation for, and in conjunction with, dog fights, including but not limited to, crates, AC units, chains, syringes, and car axles.

f. On or about August 1, 2023, one or more defendants, and others,

possessed medical and veterinary equipment used to administer treatment to injured fighting dogs at 792 Iowa Street in Daytona Beach, Florida.

  g. On or about August 1, 2023, the defendants and others used vehicles parked at 792 Iowa Street in Daytona Beach, Florida, to store dogs who had already been fought, and who had not yet been fought.

  h. On or about August 1, 2023, persons known and unknown to the grand jury possessed eight pit bull-type dogs and transported them to the dog fighting event at 792 Iowa Street in Daytona Beach, Florida.

All in violation of 18 U.S.C. § 371.

## COUNTS THREE THROUGH ELEVEN
### (Transport and Possess a Dog for Use in an Animal Fighting Venture)

On or about August 1, 2023, in the Middle District of Florida and elsewhere, the defendants specified in the table below did knowingly transport and possess a dog for the purpose of having the dog participate in an animal fighting venture, namely:

| Count | Defendant(s) | DOG |
|---|---|---|
| 3 | KEVIN LATROY JONES, ALAN CELIJAH KING and DEONTE BROADY | UNNAMED DOG #1, a dog loaded into a Chevy Equinox (FL Tag # 46BLSL) |
| 4 | KEVIN LATROY JONES, ALAN CELIJAH KING and DEONTE BROADY | UNNAMED DOG #2, a brown pit bull-type dog located in a blue crate in a Chevy Equinox (FL Tag # 46BLSL) |
| 5 | MARQUISE MILLER | UNNAMED DOG #3, a tan pit-bull type dog located in a Chevy Equinox (FL Tag # Z097YT) |

| 6 | GERARD TURNER | UNAMED DOG #4, (#53877130) a tan and black pit bull-type dog seized from 792 Iowa Street |
| 7 | GERARD TURNER | UNAMED DOG #5, (#53877247) a black and brown brindle pit bull-type dog seized from 792 Iowa Street |
| 8 | GERARD TURNER | UNAMED DOG #6, (#53877282) a black and white pit bull-type dog seized from 792 Iowa Street |
| 9 | GERARD TURNER | UNAMED DOG # 7, (#53877327) a black and white pit bull-type dog seized from 792 Iowa Street |
| 10 | GERARD TURNER | UNAMED DOG # 8, (#53877363) a black and white pit bull-type dog seized from 792 Iowa Street |
| 11 | GERARD TURNER | UNAMED DOG # 9, (#54877015) a red and black pit bull-type dog seized from 792 Iowa Street |

All in violation of 7 U.S.C. § 2156(b) and 18 U.S.C. §§ 2 and 49.

## FORFEITURE

1. The allegations contained in Counts One and Three through Eleven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 7 U.S.C. § 2156, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 7 U.S.C. § 2156, the defendants shall

forfeit to the United States, pursuant to 7 U.S.C. § 2156 and 28 U.S.C. § 2461(c), any animal involved in the offense.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Stephanie A. McNeff
Assistant United States Attorney

By: _____
for Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34

June 25                                      No.

---

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

---

THE UNITED STATES OF AMERICA

vs.

KEVIN LATROY JONES
ALAN CELIJAH KING
DEVIN ADAM DAVERSA
TERRIS LINDBERG GAINES
MONTEL MILES
JEAN POLANCO
DEONTE BROADY
GERARD TURNER
MARQUISE MILLER
MARTEL TARPLEY

---

INDICTMENT

Violations: 21 U.S.C. § 846
18 U.S.C. § 371
7 U.S.C. § 2156

---

A true bi[REDACTED]

_____
Foreperson

Filed in open court this 25th day

of June 2025.

_____
                                Clerk

Bail $_____

GPO 863 525